1  AARON D. FORD
    Attorney General
2  NATHAN C. HOLLAND, Bar No. 15247
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1254
5  E-mail: NHolland@ag.nv.gov

6  *Attorneys for Defendants*
   *Megan Sullivan and Lisa Walsh*

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  TRAVIS WILFORD BOWLES,

11                 Plaintiff,              Case No.  3:20-cv-00115-MMD-CLB

12  vs.                                    **Stipulation and Order of Dismissal**

13  PETERSON, et al.,

14                 Defendants.

15        It is stipulated and agreed by and between Plaintiff Travis Bowles and Defendant,

16  Megan Sullivan and Lisa Walsh by and through counsel, Aaron D. Ford, Attorney

17  General of the State of Nevada, and Nathan C. Holland Deputy Attorney General, that

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1   the above-captioned matter is dismissed with prejudice; each party will bear their own

2   attorney fees and costs.

3                                                          AARON D. FORD
                                                           Attorney General
4

5   Dated: _9/03/21_                                       Dated: ___09/09/2021___

6

7   By:_____                                 By:___/s/Nathan C. Holland___
8        Travis Bowles, Plaintiff, 1083890                     Nathan C. Holland, Bar No. 15247
         *Pro Se*                                              Deputy Attorney General
9                                                              *Attorneys for Defendants*

10

11  IT IS SO ORDERED.

12  _____
    **U.S. DISTRICT JUDGE**
13
    **DATED:** __September 10__, **2021.**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of September, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/ECF Electronic Filing on:

Travis Wilford Bowles #1083890
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
LCC_lawlibrary@doc.nv.gov

_____/s/Perla M. Hernandez_____
An employee of the
Office of the Attorney General